UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14-09214 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| DAVID TUCKER | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a ~~personal recognizance~~ $1,000 Unsecured Appearance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(X) The defendant shall appear at all future court proceedings;

(X) Other: MAINTAIN CURRENT RESIDENCE, OR AS APPROVED BY PRETRIAL SERVICES

_David Tucker_          10/8/14
DEFENDANT          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

10/8/14
DATE