AO 92
(Rev. 6/29)

**COMMITMENT**

| **United States District Court** | DISTRICT New Jersey |
|---|---|
| UNITED STATES OF AMERICA V. David Tucker | DOCKET NO. <br><br> MAGISTRATE CASE NO. 14-9214 |

The above named defendant was arrested upon the complaint of

charging a violation of     U.S.C. §

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|

**DESCRIPTION OF CHARGES:**

The defendant is hereby detained until Wednesday October 8, 2014 when defendant will appear at the U.S. District Court in Newark.

**BOND IS FIXED AT $**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

10/2/14
Date

United States Judge or Magistrate

Hon. Anthony R. Mautone, USMJ

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |